# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gale, Joseph H. | U.S. Tax Court | 08/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Active | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. Tax Court
400 Second St., N.W.
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Senate Federal Credit Union (X) | Credit Lines | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Calvert Grp. Inc. Fund, Calvert Grp, Bethesda, MD | A | Dividend | K | T | | | | | See note Sec. VIII. |
| 2. IRA M&T Bank, Buffalo, NY (cash equivalent) | A | Interest | J | T | | | | | |
| 3. DuPont E.I.deNemours Co. common stock | A | Dividend | K | T | | | | | |
| 4. Vertex Pharmaceuticals, Inc. common stock | | None | L | T | | | | | |
| 5. Medco Health Solutions, Inc. common stock (Y) | | None | | | Redeemed (part) | 04/03/12 | J | A | See note Sec. VIII. |
| 6. Wells Fargo & Co. New common stock | A | Dividend | J | T | | | | | |
| 7. Intel Corp. common stock | A | Dividend | K | T | | | | | |
| 8. Cisco Systems, Inc. common stock | A | Dividend | K | T | | | | | |
| 9. Smithfield Foods, Inc. common stock | | None | L | T | | | | | |
| 10. Tellabs Inc. common stock | A | Dividend | J | T | | | | | |
| 11. Trust #1 | E | Int./Div. | O | T | | | | | |
| 12. Same as above | | Rent | | | | | | | |
| 13. - Rental Property #1, Smithfield, VA | | | | | | | | | |
| 14. - Rental Property #2, Smithfield, VA | | | | | | | | | |
| 15. - Fauquier County, VA Ind. Dev. Auth. Bonds | | | | | Redeemed | 11/08/12 | K | A | |
| 16. - Insured Municipal Income Trust Series ☐ unit trust | | | | | Distributed (part) | 11/30/12 | J | A | |
| 17. - Insured Municipal Income Trust Series ☐ unit trust | | | | | Sold | 12/05/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - VA Investors Qual. Tax Exempt Series unit trust | | | | | Distributed | 11/30/12 | J | A | |
| 19. - CA Water Service Group common stock | | | | | Distributed (part) | 03/28/12 | J | | |
| 20. - CA Water Service Group common stock | | | | | Distributed | 11/30/12 | J | | |
| 21. - Chevron Corp. common stock | | | | | Distributed (part) | 03/28/12 | K | | |
| 22. - Chevron Corp. common stock | | | | | Distributed | 11/30/12 | J | | |
| 23. - NCR Corp. New common stock | | | | | Distributed (part) | 03/28/12 | J | | |
| 24. - NCR Corp. New common stock | | | | | Distributed | 11/30/12 | J | | |
| 25. - Southern Co. common stock | | | | | Distributed (part) | 03/28/12 | K | | . |
| 26. - Southern Co. common stock | | | | | Sold | 05/22/12 | J | A | |
| 27. - Teradata Corp. DEL common stock | | | | | Distributed (part) | 03/28/12 | J | | |
| 28. - Teradata Corp. DEL common stock | | | | | Distributed | 11/30/12 | J | | |
| 29. - Wells Fargo & Co. common stock | | | | | Distributed (part) | 03/28/12 | J | | |
| 30. - Wells Fargo & Co. common stock | | | | | Distributed | 11/30/12 | J | | |
| 31. - Invesco Van Kampen Comstock Fund Class C mutual fund | | | | | Distributed | 12/03/12 | K | | |
| 32. - Invesco Van Kampen Hi Yield Mun. Fund Class A mut. fund | | | | | Distributed | 12/03/12 | K | | |
| 33. - Hartford Life Insurance Co. variable annuity | | | | | | | | | |
| 34. - CAIBX mutual fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - FRDPX mutual fund | | | | | | | | | |
| 36. - AMECX mutual fund | | | | | | | | | |
| 37. - Rental property #3, Smithfield, VA (X) | | | | | | | | | See Note Sec. VIII. |
| 38. Sprint Nextel Corp (X) | | None | J | T | | | | | See Note Sec. VIII. |
| 39. Express Scripts Holding Co. (X) | | None | J | T | Spinoff (from line 5) | 04/03/12 | J | A | See Note Sec. VIII. |
| 40. IRA - Edward D. Jones & Co. (X) | B | Int./Div. | K | T | | | | | See Note Sec VIII. |
| 41. - Bell South Tele. Inc. debenture | | | | | Sold (part) | 03/12/12 | J | A | |
| 42. - Citigroup Inc. subordinated note | | | | | Sold (part) | 03/09/12 | J | A | |
| 43. - JP Morgan Chase & Co. notes | | | | | Sold (part) | 03/12/12 | J | A | |
| 44. - AT&T Inc. common stock | | | | | | | | | |
| 45. - Bank of America Corp. common stock | | | | | | | | | |
| 46. - Johnson & Johnson common stock | | | | | | | | | |
| 47. - Medtronic Inc. common stock | | | | | | | | | |
| 48. - Proctor & Gamble Co. common stock | | | | | | | | | |
| 49. - Smithfield Foods, Inc. common stock | | | | | Sold (part) | 03/12/12 | J | A | |
| 50. Insured Municipal Income Trust Series ▒ unit trust (X) | A | Interest | J | T | | | | | |
| 51. VA Investors Qual. Tax Exempt Series ▒ unit trust (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CA Water Service Group common stock (X) | A | Dividend | J | T | | | | | |
| 53. Chevron Corp. common stock (X) | A | Dividend | K | T | | | | | |
| 54. Southern Co. common stock (X) | | None | | | | | | | |
| 55. Same as above (Y) | | None | | | Sold | 05/22/12 | J | A | |
| 56. Teradata Corp DEL common stock (X) | | None | J | T | | | | | |
| 57. Invesco Van Kampen Comstock Fund Class C mutual fund (X) | A | Int./Div. | J | T | | | | | |
| 58. Invesco Van Kampen Hi Yield Mun. Fund Class A mut. fund (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 08/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts

1. Mutual Fund.

5. Medco Health Solutions common stock was redeemed in merger for cash and shares in Express Scripts Holding Co.

37. Testamentary bequest to Trust #1.

38. Value became reportable at year end.

39. See n.5 above.

40. Inherited IRA received on March 12, 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph H. Gale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544